UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-89 (WOB-CJS)

ELIZABETH A. OSBORN                                       PLAINTIFF

VS.

JOHN M. GRIFFIN, ET AL.                                  DEFENDANTS

and

CIVIL ACTION NO. 2013-32 (WOB-CJS)

LINDA G. HOLT, ET AL.                                    PLAINTIFFS

VS.

DENNIS B. GRIFFIN, ET AL.                                DEFENDANTS

MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant John M. Griffin's motion for an order discharging exempt individual retirement account from garnishment (Doc. 1110).

The Court has reviewed this matter and finds defendant's motion well taken. The information provided by defendant demonstrates that the account in question is exempt from garnishment pursuant to KRS 427.150(2)(f).

Therefore, having reviewed this matter, and being otherwise advised,

**IT IS ORDERED** that (1) defendant John M. Griffin's motion for an order discharging exempt individual retirement account from garnishment (Doc. 1110) be, and is hereby, **GRANTED**; and (2) defendant John M. Griffin's expedited motion for order approving deposits (Doc. 1064) be, and is hereby, **DENIED AS MOOT** in light of the parties' Escrow Agreement (Doc. 1125).

This 2nd day of August, 2016.



Signed By:
*William O. Bertelsman* W.OB
United States District Judge